IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG PFEIFER and ANDREW DORLEY,<br><br>        Plaintiffs,<br><br>-vs.-<br><br>WAWA, INC., RETIREMENT PLANS COMMITTEE OF WAWA, INC., JARED G. CULOTTA, MICHAEL J. ECKHARDT, JAMES MOREY, CATHERINE PULOS, HOWARD B. STOECKEL, DOROTHY SWARTZ, RICHARD D. WOOD, JR. and KEVIN WIGGINS.<br><br>        Defendants,<br><br>and<br><br>WAWA, INC. EMPLOYEE STOCK OWNERSHIP PLAN.<br><br>        Nominal Defendant. | **Case No. 16-00497-PD** |

**PLAINTIFFS' UNOPPOSED RENEWED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23, Plaintiffs Greg Pfeifer and Andrew Dorley, and additional Class Representative Michael DiLoreto, on behalf of themselves and the Class, hereby move the Court as follows:

1. For an order, pursuant to Fed. R. Civ. P. 23(e), preliminarily approving the Settlement Agreement, which is attached as Exhibit 1 to the Declaration of Daniel Feinberg ("Feinberg Declaration") filed in support of this Motion;

2. For an order, pursuant to Fed. R. Civ. P. 23(c) and (e), approving the form and authorizing the distribution of the Proposed Notice of Class Action Settlement ("Class Notice"), which is attached as Exhibit 2 to the Feinberg Declaration;

3. For an order, approving the Proposed Plan of Allocation, which is set forth in Section VI of the Settlement Agreement;

4. For an order appointing a Settlement Administrator;

5. For an order setting a date for a fairness hearing on whether the proposed Settlement should be finally approved as fair, reasonable, and adequate as to the members of the Class, and for a hearing on whether the Class Counsel's forthcoming motion for attorneys' fees, costs, and expenses and request for a service award to the Class Representatives should be approved;

6. In order to facilitate the orderly resolution of the Action, Plaintiffs and Additional Class Representative propose deadlines for a schedule of events, including a date for the Final Approval Hearing that provides a sufficient amount of time for mailing of the Notice, for Class Members to file any objections to the Settlement, and for Class Counsel to respond to any objections. As such, the Plaintiffs and Additional Class Representative request that the Court establish the dates set forth below:

| EVENT | PROPOSED DEADLINE | PROPOSED DATE |
|---|---|---|
| Defendants to hire (at their own expense) an Independent Fiduciary, as set forth in the Settlement Agreement. | 21 Days After Preliminary Approval | |
| Defendants to provide Settlement Administrator and Class Counsel with Class Data (as defined in Section III.7 of the Settlement Agreement). | 21 days After Execution of Settlement Agreement | |

| | | |
|---|---|---|
| Settlement Administrator to send Notice by U.S. mail and/or E-mail to the Class | 21 Days After Preliminary Approval | |
| Settlement Administrator to post Class Notice and other documents/information about the Settlement to web site. | 21 Days After Preliminary Approval. | |
| Settlement Administrator submits declaration to Court confirming compliance with Notice procedures | 30 Days After Deadline to Send Notice | |
| Class Counsel files motion for attorneys' fees, costs, expenses and request for service award for the Class Representatives | 30 Days After Preliminary Approval Order | |
| Deadline for Class Members to mail any objection to Settlement or request exclusion from Class, or to challenge his/her ESOP account data. | 45 Days After Notice is Sent | |
| Plaintiffs file motion for final approval | 14 Days Before Fairness Hearing | |
| Settlement Administrator to submit recommendations as to the accuracy of the account data based on challenges by Class Members | 21 Days Before Fairness Hearing. | |
| Fairness Hearing | No Fewer Than 100 Days after Preliminary Approval Order | |

In further support of this Motion, Plaintiffs and Additional Class Representative rely upon the Feinberg Declaration and its exhibits, and their accompanying Memorandum of Law, and all of the pleadings and documents on file with the Court in this action, and further evidence and argument as may be submitted prior to the Court's decision on this Motion.

Dated:  April 19, 2018                        Respectfully submitted,

/s/ *R. Joseph Barton*_____
R. Joseph Barton (*pro hac vice*)
**BLOCK & LEVITON LLP**
1735 20th Street, N.W.
Washington, DC 20009
Tel: (202) 734-7046
Email: jbarton@blockesq.com

/s/ *Daniel Feinberg*_____
Daniel Feinberg (*pro hac vice*)
**FEINBERG, JACKSON, WORTHMAN
& WASOW LLP**
383 4th Street, Suite 201
Oakland, CA 94607
Tel: (510) 269-7998
Fax: (510) 269-7994
Email: dan@feinbergjackson.com

Richard E. Donahoo (*pro hac vice*)
**DONAHOO & ASSOCIATES, P.C.**
440 W. First Street, Suite 101
Tustin, California 92780
Tel: (714) 953-1010
Fax: (714) 953-1777
Email: rdonahoo@donahoo.com

Raymond M. Sarola (Pa Bar No. 318164)
Gary L. Azorsky (Pa Bar No. 38924)
**COHEN MILSETIN SELLERS
& TOLL PLLC**
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
Tel: (267) 479-5700
Fax: (267)
rsarola@cohenmilstein.com

*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing **PLAINTIFFS' UNOPPOSED RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**, to be served on the counsel listed below via the Court's ECF system on April 19, 2018:

**Brian T. Ortelere**
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
215-963-5150

**David I. Monteiro**
Morgan Lewis & Bockius LLP
LLP 1717 Main Street
Suite 3200
Dallas, TX 75201
214-466-4000

**Jeremy P. Blumenfeld**
Morgan Lewis & Bockius
LLP 1701 Market Street
Philadelphia, PA 19103-2921
215-963-5258

/s/ *Ming Siegel*
Ming Siegel