### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREG PFEIFER, et al.,** : | |
|     **Plaintiffs,** : | |
| : | |
|     **v.** : | Civ. No. 16-497 |
| : | |
| **WAWA, INC., et al.,** : | |
|     **Defendants.** : | |

### O R D E R

**AND NOW**, this 20th day of April, 2018, it is hereby **ORDERED** that the Parties shall appear before me for a hearing on Plaintiffs' Unopposed Second Renewed Motion for Class Certification (Doc. No. 115) and Unopposed Renewed Motion for Preliminary Approval of Class Action Settlement (Doc. No. 116).  See Gates v. Rohm & Haas Co., 248 F.R.D. 434, 438 (E.D. Pa. 2008) ("Judicial review of a proposed class settlement generally requires two hearings: one preliminary approval hearing and one final 'fairness' hearing.").  The hearing is **SCHEDULED** for **Tuesday, May 1 at 1:30 p.m.** in Courtroom 14A, United States District Court, 601 Market Street, Philadelphia, PA 19106.

                                                                 **AND IT IS SO ORDERED.**

                                                                  */s/ Paul S. Diamond*
                                                                  _____
                                                                  Paul S. Diamond, J.