IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG PFEIFER and ANDREW DORLEY,<br><br>Plaintiffs,<br><br>-vs.-<br><br>WAWA, INC., RETIREMENT PLANS COMMITTEE OF WAWA, INC., JARED G. CULOTTA, MICHAEL J. ECKHARDT, JAMES MOREY, CATHERINE PULOS, HOWARD B. STOECKEL, DOROTHY SWARTZ, RICHARD D. WOOD, JR. and KEVIN WIGGINS.<br><br>Defendants,<br><br>and<br><br>WAWA, INC. EMPLOYEE STOCK OWNERSHIP PLAN.<br><br>Nominal Defendant. | Case No. 16-00497-PD |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23, Plaintiffs Greg Pfeifer and Andrew Dorley, and additional Class Representative Michael DiLoreto, on behalf of themselves and the Class, hereby move the Court for an order, pursuant to Fed. R. Civ. P. 23(e), finally approving the Settlement Agreement on behalf of the Settlement Class previously certified by the Court.

This Motion is supported by the accompanying Memorandum, the memorandum filed in support of preliminary approval (Dkt. No. 116-1), the memorandum filed in support of class certification (Dkt No. 115-1), the Declarations of R. Joseph Barton in support of this Motion

filed herewith and class certification (Dkt. Nos. 77-26, 115-2), the Declaration of Daniel Feinberg in support of class certification and preliminary approval (Dkt. Nos. 77-28, 116-2), all of the pleadings and documents on file with the Court in this action, and further evidence and argument as may be submitted prior to the Court's decision on this Motion.

Dated:  July 25, 2018                    Respectfully submitted,

/s/ *R. Joseph Barton*_____
R. Joseph Barton (*pro hac vice*)
**BLOCK & LEVITON LLP**
1735 20th Street, N.W.
Washington, DC 20009
Tel:  (202) 734-7046
Email:  jbarton@blockesq.com

/s/ *Daniel Feinberg*_____
Daniel Feinberg (*pro hac vice*)
**FEINBERG, JACKSON, WORTHMAN & WASOW LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel:  (510) 269-7998
Fax: (510) 269-7994
Email: dan@feinbergjackson.com

Richard E. Donahoo (*pro hac vice*)
**DONAHOO & ASSOCIATES, P.C.**
440 W. First Street, Suite 101
Tustin, California 92780
Tel:  (714) 953-1010
Fax: (714) 953-1777
Email:  rdonahoo@donahoo.com

Raymond M. Sarola (Pa Bar No. 318164)
Gary L. Azorsky (Pa Bar No. 38924)
**COHEN MILSETIN SELLERS & TOLL PLLC**
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
Tel:  (267) 479-5700
Fax: (267)
rsarola@cohenmilstein.com
gazorsky@cohenmilstein.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**, to be served on the counsel listed below via the Court's ECF system on July 25, 2018:

**Brian T. Ortelere**
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
215-963-5150

**Christopher M. Varano**
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
215-963-5942

**David I. Monteiro**
Lewis & Bockius LLP
1717 Main Street
Suite 3200
Dallas, TX 75201
214-466-4000

**Jeremy P. Blumenfeld** Morgan
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
215-963-5258

I hereby certify that I also caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**, to be served on Brad C. Wall by U.S. Mail at the following address and via email at the following email address

**Brad C. Wall**
19 Longwood Lane
Newark, DE 19711
wallbc1018@gmail.com

*/s/ Ming Siegel*
Ming Siegel