# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREG PFEIFER, et al.,** : | |
|     **Plaintiffs,** : | |
| : | |
|     **v.** : | **Civ. No. 16-497** |
| : | |
| **WAWA, INC., et al.,** : | |
|     **Defendants.** : | |

## O R D E R

**AND NOW**, this 8th day of August, 2018, it is hereby **ORDERED** that the hearing on final approval and fairness of the Settlement scheduled for August 9, 2018 at 10:00 a.m. is **RESCHEDULED** to August 9, 2018 at 11:30 a.m.

                                                    **AND IT IS SO ORDERED.**

                                                    */s/ Paul S. Diamond*
                                                    _____
                                                    Paul S. Diamond, J.