IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG PFEIFER and ANDREW DORLEY,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-vs.-<br><br>WAWA, INC., RETIREMENT PLANS COMMITTEE OF WAWA, INC., JARED G. CULOTTA, MICHAEL J. ECKHARDT, JAMES MOREY, CATHERINE PULOS, HOWARD B. STOECKEL, DOROTHY SWARTZ, RICHARD D. WOOD, JR. and KEVIN WIGGINS.<br><br>　　　　　　　　　　Defendants,<br><br>and<br><br>WAWA, INC. EMPLOYEE STOCK OWNERSHIP PLAN.<br><br>　　　　　　　　　　Nominal Defendant. | Case No. 16-00497-PD |

## PLAINTIFFS' MOTION TO AMEND FINAL APPROVAL ORDER AND FINAL JUDGMENT

Plaintiffs Greg Pfeifer and Andrew Dorley and Class Representative Michael DiLoreto, by and through Class Counsel, move this Court, for an order amending (1) the Court's August 31, 2018 Order Granting Plaintiffs' Motions for Final Approval of Class Action Settlement and for Attorneys' Fees, Litigation Expenses, and Class Representative Service Awards; and (2) the Court's August 31, 2018 Final Judgment to permit payment of approximately $800 of the Settlement Amount to an ESOP participant whom Defendants mistakenly included on the Class list. In support of this Motion, Plaintiffs rely on the accompanying Memorandum of Law in

Support of Motion to Amend Final Approval Order and Final Judgment, and the Declaration of Daniel Feinberg, with exhibits thereto,

      Defendants do not oppose this motion.

Dated:  November 28, 2018      Respectfully submitted,

/s/ *R. Joseph Barton*_____
R. Joseph Barton (*pro hac vice*)
**BLOCK & LEVITON LLP**
1735 20th Street, N.W.
Washington, DC 20009
Tel:  (202) 734-7046
Email:  jbarton@blockesq.com

/s/ *Daniel Feinberg*_____
Daniel Feinberg (*pro hac vice*)
**FEINBERG, JACKSON, WORTHMAN & WASOW LLP**
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel:  (510) 269-7998
Fax: (510) 269-7994
Email: dan@feinbergjackson.com

Richard E. Donahoo (*pro hac vice*)
**DONAHOO & ASSOCIATES, P.C.**
440 W. First Street, Suite 101
Tustin, California 92780
Tel:  (714) 953-1010
Fax: (714) 953-1777
Email:  rdonahoo@donahoo.com

Raymond M. Sarola (Pa Bar No. 318164)
Gary L. Azorsky (Pa Bar No. 38924)
**COHEN MILSETIN SELLERS & TOLL PLLC**
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
Tel:  (267) 479-5700
Fax: (267) 479-5701
rsarola@cohenmilstein.com
gazorsky@cohenmilstein.com

*Attorneys for Plaintiffs*