# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG PFEIFER, et al., : | |
|       Plaintiffs, : | |
| : | |
| v. : | Civ. No. 16-497 |
| : | |
| WAWA, INC., et al., : | |
|       Defendants. : | |
| : | |

**[PROPOSED] AMENDED JUDGMENT**

**AND NOW**, this ___ day of November, 2018, after holding two fairness hearings (Doc. Nos. 117, 130), and upon consideration of Plaintiffs' Motion for Final Approval of Class Action Settlement (Doc. No. 126), Plaintiffs' Motion for Attorneys' Fees, Litigation Expenses, and Class Representative Service Awards (Doc. No. 121), Plaintiffs' Supplemental Memorandum in Support of Unopposed Motion for Attorneys' Fees, Litigation Expenses and Class Representative Service Awards (Doc. No. 131), the Settlement Agreement (Doc. No. 116-3), Plaintiffs' Motion to Amend Final Approval Order (Doc. No. [XX]), all objections raised, and all related submissions, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion for Final Approval of Class Action Settlement (Doc. No. 126) and Plaintiffs' Motion to Amend Final Approval Order (Doc. No. [XX] are **GRANTED**. Mr. Brad Wall's and Ms. Christine Castagna's objections are **OVERRULED**. The Settlement Agreement (including the Release in Section XIV), is finally approved and shall be consummated in accordance with its terms. The Class is finally certified for settlement purposes only pursuant to Rule 23. Greg Pfeifer, Andrew Dorley, and Michael DiLoreto are finally appointed Class Representatives; and Plaintiffs' Counsel (Feinberg Jackson Worthman & Wasow LLP; Block & Leviton LLP; Donahoo & Associates; and Cohen Milstein Sellers & Toll, PLLC) are finally appointed as Class Counsel;

2. Plaintiffs' Motion for Attorneys' Fees, Litigation Expenses, and Class Representative Service Awards (Doc. No. 121) is **GRANTED**. Counsel is awarded $5,000,000 in fees and $80,123 in costs. Class Representatives each are awarded a $25,000 service award;

3. All claims asserted by Plaintiffs and the Class against Defendants are **DISMISSED with prejudice** in accordance with the terms of the Settlement Agreement. The **CLERK OF COURT** shall **CLOSE** this case. See Fed. R. Civ. P. 54(b).

4. The Court will retain exclusive jurisdiction over the Settlement Agreement to oversee its administration, distribution to the Class, and issues relating to attorneys' fees.

                **AND IT IS SO ORDERED.**

                */s/*

                _____

                Paul S. Diamond, J.