# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREG PFEIFER, et al.,**     Plaintiffs, | : : : |
| v. | : :   Civ. No. 16-497 |
| **WAWA, INC., et al.,**     Defendants. | : : : |

## O R D E R

**AND NOW**, this 10th day of December, 2018, upon consideration of Plaintiffs' unopposed Motion to Amend Final Approval Order and Final Judgment (Doc. No. 135), it is hereby **ORDERED** that Plaintiffs' Motion (Doc. No. 135) is **GRANTED as follows**:  Class counsel shall **ALLOCATE** and **DISBURSE** $800 from the Settlement Fund to Ms. Merry Epting.  Fed. R. Civ. P. 60(b); In re Orthopedic Bone Screw Prods. Liability Litig., 246 F.3d 315, 321 (3d Cir. 2001) ("[T]he equitable powers of the court may be invoked to deal with other problems that commonly arise during administration of the settlement.").

**AND IT IS SO ORDERED**.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.